UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GLASS, | ) | Case No. 1:21 CV 1001 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| ENERGY FOCUS, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Counsel has notified the Court that the parties have reached a settlement. Accordingly, this action is DISMISSED WITH PREJUDICE. Parties may file any additional documentation evidencing the settlement within 30 days of the entry of this Order.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE: November 28, 2021